# Court of Appeals
# of the State of Georgia

ATLANTA,___April 24, 2015_____

*The Court of Appeals hereby passes the following order:*

**A15D0332.  IN RE ESTATE OF: THOMAS H. TERRELL, SR.**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

Further, because the application contains significant misrepresentations of facts and law, a penalty of $2,500 is hereby imposed against Applicant Thomas H. Terrell, Jr.  See Court of Appeals Rule 15 (b).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_____04/24/2015_____*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*